UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RELATED CASE ORDER**

       A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

   **C 11-05262 JCS**     Zontek-Lyons v. Zimmer, Inc. Et al

   **C 11-05264 LB**     Gims v. Zimmer, Inc. Et al

       **I find that the above case is related to the case assigned to me.  JCS**

   **C 11-05266 JSC**     Waggoner et al v. Zimmer, Inc. Et al

       **I find that the above case is related to the case assigned to me.  JCS**

   **C 11-05267 MEJ**     Walker v. Zimmer, Inc. Et al

       **I find that the above case is related to the case assigned to me.  JCS**

   **C 11-05268 LB**     Ferguson v. Zimmer, Inc. Et al

       **I find that the above case is related to the case assigned to me.  JCS**

   **C 11-05269 EDL**     Petrey v. Zimmer, Inc. Et al

       **I find that the above case is related to the case assigned to me.  JCS**

**ORDER**

       Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.

Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: Nov. 8, 2011          _____
                             Magistrate Judge Joseph C. Spero

Dated:_____       _____
                             Magistrate Judge Jaqueline Scott Corley

Dated:_____       _____
                             Chief Magistrate Judge Maria-Elena James

## CERTIFICATE OF SERVICE

  I certify that on the date stated below, I lodged a copy of this order with each judicial officer and I mailed a copy to each counsel of record or *pro se* party in the cases listed above.

              Richard W. Wieking, Clerk

DATED: <u>November 8, 2011</u>    By: *Karen L. How* (signature)
                Deputy Clerk

Copies to: Courtroom Deputies
     Case Systems Administrators
     Counsel of Record
Entered into Assignment Program: _____ (date)